IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUCE H. BOKONY and
BRANDON H. BOKONY

PLAINTIFFS

v.  No. 4:19-cv-608-DPM

UNITED STATES DEPARTMENT OF DEFENSE; MARK T. ESPER, Secretary of Defense; RICHARD V. SPENCER, Secretary of the Department of the Navy; UNITED STATES NAVY; UNITED STATES NAVY PERSONNEL COMMAND; JEFF W. HUGHES, Commander Navy Personnel Command

DEFENDANTS

## ORDER

The Court notes this new case. The Bokonys' motion for summary judgment, № 2, is denied without prejudice as premature. And the Court refers the case to Magistrate Judge Joe J. Volpe to handle all preliminary matters, including a recommendation on any dispositive motion and whether the Bokonys are entitled to declaratory or injunctive relief.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 September 2019