IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRUCE H. BOKONY and                                          PLAINTIFFS
BRANDON H. BOKONY

v.                             No. 4:19-cv-608-DPM

UNITED STATES DEPARTMENT OF
DEFENSE, Secretary of Defense, Mark T.
Esper; UNITED STATES DEPARTMENT OF
THE NAVY, Secretary of the Department of
the Navy, Richard V. Spencer;
JEFF W. HUGHES, Commander Navy
Personnel Command, Rear Admiral; and
DOES, United States Navy Personnel
Command                                                      DEFENDANTS

ORDER

Notice of decision, *Doc. 50*, appreciated. Stay, *Doc. 48 at 4*, lifted. The Court notes the Bokonys' reply and amended reply. By 18 September 2020, Defendants must file a comprehensive response to these recent filings. Defendants must engage on both the law and the facts. The Bokonys may reply by 2 October 2020.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 September 2020