IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRUCE H. BOKONY and                                              PLAINTIFFS
BRANDON H. BOKONY

v.                                    No. 4:19-cv-608-DPM

UNITED STATES DEPARTMENT OF
DEFENSE, Secretary of Defense, Mark T.
Esper;  UNITED STATES DEPARTMENT OF
THE NAVY, Secretary of the Department of
the Navy, Richard V. Spencer;
JEFF W. HUGHES, Commander Navy
Personnel Command, Rear Admiral;  and
DOES, United States Navy Personnel
Command                                                          DEFENDANTS

## JUDGMENT

The Bokonys' claims challenging the Navy's dependency determination about Brandon Bokony are dismissed without prejudice for lack of jurisdiction.  All the Bokonys' other claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 November 2020