IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRUCE H. BOKONY and
BRANDON H. BOKONY                                               PLAINTIFF

v.                          No. 4:19-cv-608-DPM

UNITED STATES DEPARTMENT OF
DEFENSE, Secretary of Defense, Mark. T.
Esper; UNITED STATES DEPARTMENT OF
THE NAVY, Secretary of the Department of
the Navy, Richard V. Spencer;
JEFF W. HUGHES, Commander Navy
Personnel Command, Rear Admiral; and
DOES, United States Navy Personnel                              DEFENDANTS

## ORDER

In accordance with the United States Court of Appeals for the Eighth Circuit's opinion and judgment entered on 1 July 2021, *Doc. 62 & 63*, and mandate issued 7 September 2021, *Doc. 65*, this case will be dismissed for lack of subject matter jurisdiction.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 September 2021