IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRUCE H. BOKONY and
BRANDON H. BOKONY                                                    PLAINTIFF

v.                              No. 4:19-cv-608-DPM

UNITED STATES DEPARTMENT OF
DEFENSE, Secretary of Defense, Mark. T.
Esper; UNITED STATES DEPARTMENT OF
THE NAVY, Secretary of the Department of
the Navy, Richard V. Spencer;
JEFF W. HUGHES, Commander Navy
Personnel Command, Rear Admiral; and
DOES, United States Navy Personnel                                   DEFENDANTS

## JUDGMENT

The Bokonys' claims are dismissed without prejudice for lack of subject matter jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

9 September 2021